**United States Bankruptcy Court**
Southern District of New York

In re  Treasures and Gems, Ltd.
Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 4/1/24

David M. Repetto/President
Signer/Title

```
CON EDISON
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702


CRANE ENTERPRISES, LLC
C/O DAVID M. REPETTO, ESQ.
HARWOD LLOYD LLC, 130 MAIN ST.
HACKENSACK, NJ 07601


ESTATE OF RHODA CRANE
C/O HARWOOD LLOYD, LLC
130 MAIN STREET
HACKENSACK, NJ 07601


HORING WELIKSON ROSEN ET AL
11 HILLSIDE AVENUE
33927, NY 11596


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114


KENDEN, LLC
10 MONROE BLVD. APT. 5E
LONG BEACH, NY 11561


MARIA KING
250 EAST 90TH STREET
APT. 5N
NEW YORK, NY 10128


MICHAEL CRANE
250 EAST 90TH STREET
NEW YORK, NY 10128


NYC DEPARTMENT OF FINANCE
CORRESPONDENCE UNIT
ONE CENTRE STREET, 22ND FLOOR
NEW YORK, NY 10007


NYC WATER BOARD
C/O NYC DEPT. OF ECONOMIC
59-17 JUNCTION BLVD.
ELMHURST, NY 11373-5108
```

STATE OF NEW YORK
NYS DEPT. TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
ALBANY, NY 12205-0300

THE ENERGY CONSERVATION GROUP
SKAGGS WALSH A/S/O ATLAS FUEL
119-02 29TH AVENUE
COLLEGE POINT, NY 11356

WITHUM SMITH & BROWN
1411 BROADWAY, 9TH FLOOR
NEW YORK, NY 10018