UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                          Chapter 11

TREASURES AND GEMS. LTD.,                                           Case No. 24-10570 (DSJ)
                Debtor
-------------------------------------------------------------------X
TREASURERS AND GEMS. LTD.,                                          Adv. Pro. No. 24-01351 (DSJ)

                                Plaintiff,

       -vs-

MICHAEL CRANE, DANIEL CRANE, ADI BAR,
MARIA KING, JOHN OR JANE DOES , 1-10,
RESIDING IN APARTMENT 2N, 25O EAST 90TH
STREET, A/K/A 1739 SECOND AVENUE, NEW
YORK, NEW YORK, JOHN OR JANE DOES 1-10,
RESIDING IN APARTMENT 2S, 250 EAST 90TH
STREET, A/K/A 1739 SECOND AVENUE, NEW
YORK, NEW YORK, JOHN OR JANE DOES 1-10
RESIDING IN APARTMENT 3N, 250 EAST 90TH
STREET, A/K/A 1739 SECOND AVENUE, NEW
YORK, NEW YORK, JOHN OR JANE DOES 1-10,
RESIDING IN APARTMENT 3S, 250 EAST 90TH
STREET, A/K/A 1739 SECOND AVENUE, NEW
YORK, NEW YORK FABIO'S HAIR AND COLOR
STUDIO, BENJAMIN NAZMIYAL,

                                Defendants.
-------------------------------------------------------------------X

**Order to be Relieved As Counsel for Benjamin Nazmiyal, Rachel Greenberg, Michael Crane, Wristwatch Cafe LLC and Kosher Food Connection LLC**

UPON the appearance on January 7, 2025of Jonathan E. Kroll Esq., attorney for Ben Nazmiyal, Rachel Greenberg, Michael Crane, Wristwatch Café LLC, Kosher Food Connection LLC, Eric Snyder, attorney for Debtor and Andrea Beth Schwartz Esq. having appeared for the Department of Justice a conference having been held for discovery, the court having indicated

that no adjournments of previously ordered discovery shall occur and failure to abide by said Orders may result in an order precluding opposition to the confirmation plan and application by Jonathan E. Kroll, Esq. to withdraw and be relieved as counsel it is hereby

ORDERED that Jonathan E. Kroll and Jonathan E. Kroll & Associates LLP is hereby relieved as counsel for Benjamin Nazmiyal, Rachel Greenberg, Michael Crane, Kosher Food Connection LLC and Wrist Watch Café LLC and any other party in this matter; and it is further

ORDERED that a copy of this Order shall be served on Benjamin Nazmiyal, Rachel Greenberg, Michael Crane, Kosher Food Connection and Wrist Watch Café LLC by email;

Dated: New York, New York
      January \_\_\_\_, 2025

 

_____
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE