```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

TREASURES AND GEMS, LTD.,                                       Case No. 24-10570 (DSJ)

                                Debtor.
------------------------------------------------------------x
```

## ORDER

The Court has received an emailed notice of appearance of attorney Aleksandr Khutoryansky that identifies only Mr. Crane and Mr. Nazmiyal as the parties newly represented by counsel, along with a letter requesting an extension of the deadlines for unspecified "Objections" (presumably to plan confirmation) until this Friday, January 17. Counsel represents that the request was emailed and not filed "due to the fact that I am having problems with my pacer account."

The Court has previously and repeatedly stated on the record that the existing hearing and briefing schedule will not be adjourned due to Debtor's showing that the existing schedule is critical to the transaction that Debtor is pursuing through its proposed plan, and also because affected parties including Mr. Crane and Mr. Nazmiyal have had ample notice of the existing deadlines and an opportunity to prepare responses. The Court's order authorizing prior counsel to withdraw last week was conditioned on a requirement that deadlines would not be further extended, and the Court emphasized that requirement directly to Mr. Crane when he appeared on his own behalf at a hearing last week. Further, while their latest counsel is new to the case, Mr. Crane and Mr. Nazmiyal are not, and they have long been on notice of Debtor's applications and the existing schedule. Nevertheless, in the interest of promoting merits-based consideration of whatever position Mr. Crane and Mr. Nazmiyal wish to present, to the extent Mr. Crane and Mr.

Nazmiyal face a deadline of today to file objections, that deadline is hereby extended to January 14, 2025. No other party's or party-in-interests time to respond is affected by this authorization. The request for a longer extension is denied as incompatible with the existing briefing and hearing schedule.

All other existing deadlines and hearing date(s) are unaffected by this order.

It is so ordered.

Dated: New York, New York
January 13, 2025

                                          *s/ David S. Jones*
                                          Honorable David S. Jones
                                          United States Bankruptcy Judge