UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

TREASURES AND GEMS, LTD,

                            Debtor.

---------------------------------------------------------------x

Chapter 11
Case No. 24-10570 (DSJ)

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   Benjamin Nazmiyal, Rachel Greenberg, Michael E. Crane, The Wristwatch Café LLC and The Kosher Food Connection LLC.
   _____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ❑ Plaintiff | ❑ Debtor |
| ❑ Defendant | ☒ Creditor |
| ❑ Other (describe) _____ | ❑ Trustee |
| | ☒ Other (describe) <u>Parties in interest holding possessory interests and right in the real estate property subject to the bankruptcy</u> |

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: <u>Final Order Granting (I) Final Approval of Disclosure Statement and (II) Confirming Amended Plan of Liquidation issued by the Honorable David S. Jones, Docket No. 24-10570 (DSJ)</u>

2. State the date on which the judgment, order, or decree was entered: <u>January 30, 2025</u>

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1

1. Party: Michael E. Crane  
    Benjamin Nazmiyal  
    Rachel Greenberg  
    Wristwatch Café, LLC  
    Kosher Food Connection, LLC  

   Attorney: Aleksandr Khutoryansky  
   445 Broadhollow Rd., Suite 25  
   Melville, NY 11747  
   917-566-7350  

2. Party: Kenden, LLC  

   Attorney: J. Ted Donovan  
   Goldberg Weprin Finkel Goldstein LLP  
   125 Park Avenue, Ste 12th Floor  
   New York, NY 10017  
   212-221-5700  

3. Party: Stuart Reiser  

   Attorney: John P. DiIorio  
   Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP  
   411 Hackensack Avenue  
   Hackensack, NJ 07601  
   (201) 488-3900  

4. Party: Treasures and Gems, Ltd  

   Attorney: Eric J. Snyder  
   Wilk Auslander LLP  
   825 8th Avenue, Suite 2900  
   New York, NY 10019  
   212-981-2328  

5. Party: Tristar Management Associates, LLC  

   Attorney: Brett Silverman  
   Concierge Law  
   315 West 36th Street, Ste 2nd Floor  
   New York, NY 10018  
   646-779-7210  

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Aleksandr Khutoryansky                                               Date: January 31, 2025  
Signature of attorney for appellant(s)  
Michael E. Crane, Benjamin Nazmiyal,  
Rachel Greenberg, Wristwatch Café, LLC  
and Kosher Food Connection, LLC  
Name, address, and telephone number of attorney  
(or appellant(s) if not represented by an attorney):

    Aleksandr Khutoryansky  
    445 Broadhollow Rd., Suite 25  
    Melville, NY 11747  
    917-566-7350

100168325.2

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

100168325.2