UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                            Chapter 11

TREASURES AND GEMS, LTD.,              Case No. 24-10570 (DSJ)

                            Debtor.
-------------------------------------------------------------x

## **MEMORANDUM ENDORSED ORDER**

       The Court has reached out and not heard back from counsel for Mr. Crane. If Mr. Crane wishes to pursue Court intervention in connection with the attached request, he is first to meet and confer with counsel for debtor, and, if necessary, he may contact chambers to schedule a conference. The parties are agreed to arrive at a mutually acceptable arrangement for promptly relocating the safe in question.

It is so ordered.

Dated: New York, New York
         February 7, 2025

                                                             *s/ David S. Jones*
                                                             Honorable David S. Jones
                                                             United States Bankruptcy Judge

# Aleksandr Khutoryansky
## Attorney at Law
445 Broadhollow Rd., Suite 25
Melville, NY 11747
(917) 566-7350
(631)940-8456 fax
akhuto@gmail.com

February 4, 2025

VIA ECF
Judge David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Greet
New York, New York 10004

    Re:    Treasures & Gems, Case No. 24-10570

Dear Judge Jones:

    Pursuant to your Order dated January 31, 2025 (paragraph 10 subsection m), this is to notify the court that Wristwatch Café and The Kosher Connection stores are not able to vacate because they are unable to secure the proper movers to remove their property in such a short timeframe.

    It is respectfully requested that the vacate date is extended for one week to February 18. Although I was informed that my clients are actively looking for the proper movers, given the fact that it is the beginning of the month has been proven to be problematic. Additionally, the reason for the delay is because it is difficult to secure professional safe movers (as the safe is approximately 2,500lbs) as well as the refrigeration equipment that requires a lot of equipment to facilitate the move.

    Thank you in advance for your attention and courtesy in this matter.

                                                    Respectfully submitted,

                                                    /s/ *Aleksandr Khutoryansky*
                                                    _____
                                                    Aleksandr Khutoryansky