**WILK AUSLANDER LLP**
825 Eighth Avenue, Suite 2900
New York, NY 10019
(212) 981-2300
Eric J. Snyder, Esq.

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| TREASURES AND GEMS, LTD., | |
| Debtor. | No. 24-10570 (DSJ) |

**SUMMARY COVER SHEET FOR THE FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED IN THIS CASE FOR THE FIRST AND FINAL PERIOD FROM APRIL 2, 2024 THROUGH FEBRUARY 11, 2025**

| | |
|---|---|
| Name of Applicant: | Wilk Auslander LLP, Attorneys for the Reorganized Debtor |
| Date of Order Approving Retention: | May 8, 2024 [ECF #12] |
| Period for which Fees and Expenses are Sought: | April 2, 2024 through February 11, 2025 |
| Total Fees Sought for the Final Period: | $504,045.00 |
| Total Expenses Sought for the Final Period: | $12,327.15 |
| Total Allowed Fees Paid to Date: | $0 |
| Total Allowed Expenses Paid to Date: | $0 |
| Interim or Final: | Final |

## Summary of Fees for Services Rendered For
## The Period April 2, 2024 through February 11, 2025

| Name of Attorney | Position | Department | Year Admitted | Rate | Hours Billed | Total Billed |
|---|---|---|---|---|---|---|
| | | **Information for Attorneys Upon Which Compensation is Sought** | | | | |
| James R. Alicea | Associate | Litigation | 2017 | $560 | 13.80 | $7,728.00 |
| Jonathan K. Bender | Partner | Corporate | 1995 | $850 | 2.00 | $1,700.00 |
| T. Jackson Brake | Associate | Litigation | 2023 | $450 | 8.60 | $3,870.00 |
| Sanayia S. Harvey | Paralegal | N/A | N/A | $350 | 5.30 | $1,855.00 |
| James C. Kennedy | Partner | Real Estate | 1986 | $840-875 | 19.30 | $16,877.00 |
| Stuart M. Riback | Partner | Bankruptcy | 1985 | $885 | 0.90 | $796.00 |
| Eric Snyder | Partner | Bankruptcy | 1988 | $900-945 | 514.90 | $467,244.00 |
| Aaron D. Slansky | Associate | Real Estate | 2022 | $500 | 5.5 | $2,750.00 |
| Arielle H. Wasserman | Associate | Litigation | 2019 | $575 | 1.40 | $805.00 |
| Alan D. Zuckerbrod | Partner | Litigation | 1984 | $840 | 0.50 | $420.00 |
| **Total:** | | | | | **572.20** | **$504,045.00** |
| **Blended Hourly Rate:** | | | | **882.28** | | |

**WILK AUSLANDER LLP**
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone: (212) 981-2300
Eric J. Snyder, Esq.

*pro se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| TREASURES AND GEMS, LTD., | |
| Debtor. | Case No. 24-10570 (DSJ) |

**FINAL FEE APPLICATION OF WILK AUSLANDER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED IN THIS CASE FOR THE PERIOD FROM APRIL 2, 2024 THROUGH FEBRUARY 11, 2025**

Wilk Auslander LLP ("WA"), bankruptcy and restructuring counsel to Treasures And Gems, LTD. reorganized debtor in the above-captioned chapter 11 case, submits its first and final fee application (the "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**, pursuant to §§ 330 of title 11 of the United States Code (the "Bankruptcy Code") granting it final compensation and reimbursement of expenses for the period from April 2, 2024 through February 11, 2025 (the "Fee Period"). In support of this Application, WA respectfully represents as follows:

**BACKGROUND**

*General Background*

1.      On April 2, 2024 (the "Petition Date"), the Reorganized Debtor filed a voluntary petition for relief under Chapter 11 the Bankruptcy Code.

1

2.     On May 8, 2024, the Court entered an order (the "Retention Order") approving the retention of WA as the Reorganized Debtor's bankruptcy and restructuring counsel pursuant to § 327(a) of the Bankruptcy Code [ECF No. 12]. A copy of the Retention Order is attached hereto as **Exhibit B**.

3.     On January 30, 2025, the Court entered an order [ECF No. 99] which, *inter alia*, confirmed the Reorganized Debtor's Amended Plan of Reorganization (the "Plan") [ECF No. 60].

4.     The Plan provides that "[e]ach Person seeking an award by the Bankruptcy Court of Professional Fees must file with the Bankruptcy and serve on Reorganized Debtor its final application for allowance of compensation for services rendered and reimbursement of expenses incurred through the Effective Date by the Professional Fee Bar Date." Plan, Art. II(b). On February 10, 2024, the Reorganized Debtor filed, a notice, served on February 17, 2025 which, *inter alia*, announced that the Effective Date (as those terms are defined in the Plan) occurred on February 10, 2025 [ECF No. 107].

5.     Professional Fee Claims under the Plan include "Administrative Claim[s] for compensation and reimbursement of expenses of a Professional incurred before the Effective Date submitted in accordance with sections 328, 330, 331 or 503(b) of the Bankruptcy Code." Plan, Art. 1.60. Fees and expenses incurred by WA after the Effective Date, if any, will be paid by the Reorganized Debtors without application to the Court.

6.     All monthly operating reports required to be filed as of the date of this Application have been filed or will be filed as of the date of the hearing on this Application.

## FEES AND EXPENSES

7.     By this Application, WA seeks final allowance and an award of compensation for services rendered as bankruptcy counsel to the Reorganized Debtor during: (a) the Fee Period with regard to (i) fees for legal services in the amount of $504,045.00, representing 566.9 hours of professional services and 5.3 hours of paraprofessional services; and (ii) expenses in the amount of $12,327.15, representing actual and necessary expenses incurred by WA during the Fee Period.

8.     Detailed time entries for the Final Period recorded by the professionals and paraprofessionals that have worked on this chapter 11 case is attached hereto as **Exhibit C.**

9.     The amount of hours that each attorney and paraprofessional recorded during the Final Period for each project is available on the table attached hereto as **Exhibit D**.

10.     The expenses WA incurred during the Final Period are detailed on attached **Exhibit E** attached hereto.[1]

11.     In support of the Application, WA submits the declaration of Eric J. Snyder, Esq., a copy of which is attached hereto as **Exhibit F**.

## NOTICE

12.     The Reorganized Debtor has provided notice of this Application to: (i) all parties who have requested notice pursuant to Bankruptcy Rule 2002; (ii) all Holders of Claims (as those terms are defined in the Plan) that have not been disallowed or expunged; (iv) the Reorganized Debtor's principals; and (v) the Office of the United States Trustee. In light of the nature of the relief requested, WA respectfully submits that no further notice is necessary.

---

[1] The date corresponding to each expense reflects the date the expense was processed by the accounting department and not necessarily the date when the expense was incurred.

**WHEREFORE**, WA respectfully requests that the Court enter an order: (a) approving (i) the final allowance of $504,045.00[2] as compensation for professional services rendered by WA as counsel to the Reorganized Debtor during the Fee Period; and (ii) the reimbursement of WA's out-of-pocket expenses incurred in connection with the rendering of professional services to the Reorganized Debtor during the Fee Period in the amount of $12,327.15; and (b) granting such other and further relief as the Court deems is just and proper.

Dated: New York, New York
February 25, 2025

**WILK AUSLANDER LLP**

By: /s/ Eric J. Snyder
Eric J. Snyder, Esq.
825 Eighth Avenue, 29th Floor
New York, New York 10019
(212) 981-2300

*pro se*

---

[2] Prior to the Petition Date, WA received a retainer in the amount of $3,715.00 (the "Retainer"). The Debtor also seeks approval to apply the Retainer to the fees sought. WA shall only receive $155,866.42 of the $504,045.00 requested as that was the only sums available pursuant to the Kenden Stipulation [ECF #32, Ex. B] and Haziza Settlement [ECF #48, Adv. Pro.]



EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| TREASURES AND GEMS, LTD., | |
| Debtor. | Case No. 24-10570 (DSJ) |

## ORDER GRANTING FINAL FEE AND EXPENSE APPLICATION

UPON consideration of the applications ("Applications") filed by: a) Wilk Auslander LLP, the attorneys to Treasures And Gems, Ltd., (the "Debtor"), reorganized debtor in the above-captioned chapter 11 case, for allowance of compensation for professional services rendered and expenses incurred during the final period from April 2, 2024 through January 11, 2025; and b) Northgate Real Estate Group, for compensation as real estate advisor for the Debtor; and a hearing having been held before this Court to consider the Applications on March 26, 2025; and due and proper notice of the Applications and the deadline for filing objections to the relief requested therein having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and no formal objections to the Application having been filed; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that all of the applicable requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York, the Amended Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases, effective February 5, 2013 (as adopted by General Order M-447); and it appearing that the services rendered and expenses incurred by each of the Applicant for which compensation and reimbursement are allowed hereby were actual, reasonable and necessary; and

HEREBY ORDERED THAT:

1.      The Applications are granted to the extent set forth herein in the attached

**Schedules A and B**.

Dated:  New York, New York
         March _____, 2025

_____
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A

## WILK AUSLANDER LLP
Fee Period: April 2, 2024 through February 11, 2025

| (1) Applicant | (2) Application Date And Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees To Be Paid Under Order[3] | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses To Be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Wilk Auslander LLP | May 8, 2024 [ECF #12] | 4/02/24 - 2/11/2025 | $504,045.00 | $504,045.00 | $155,866.42 | $12,327.15 | $12,327.15 | $12,327.15 |
| Northgate Real Estate Group | November 25, 2024 [ECF # 57] | 11/25/24 - 2/10/2025 | $209,000.00 | $209,00.00 | $209,00.00 | 0 | 0 | 0 |

**DATE ON WHICH ORDER WAS SIGNED:** _____
       **INITIALS:** _____USBJ

---

[3] Prior to the Petition Date, WA received a retainer in the amount of $3,715.00 (the "Retainer"). WA is also seeking to apply the Retainer to this Fee Request, which request is approved in all respects.

Case No.:    24-10570 (DSJ)          **FINAL FEE APPLICATION TOTALS**

Case Name:  Treasures and Gems, LTD.          **April 2, 2024 – February 11, 2025**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Wilk Auslander LLP | $504,045.00 | $155,866.42 | $12,327.15 | $12,327.15 |
| Northgate Real Estate Group | $209,000 | $209,000 | 0 | 0 |

EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

TREASURES AND GEMS, LTD.,

Debtor.[1]

Chapter 11

Case No. 24-10570 (DSJ)

## ORDER AUTHORIZING RETENTION OF WILK AUSLANDER LLP AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION

UPON the *Debtor's Application For Retention of Wilk Auslander LLP as Counsel for Debtor and Debtor in Possession* (the "Application") filed by Treasures and Gems, Ltd. (the "Debtor"), pursuant to Sections 327(a) and 1107(a) of title 11 of the U.S. Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order authorizing the Debtor to retain the law firm of Wilk Auslander LLP ("WA"), effective as of the petition date, April 2, 2024, as its chapter 11 counsel; and upon the declarations of Eric J. Snyder, Esq., a partner of WA (the "Snyder Declaration"), filed contemporaneously with the Application; and it appearing that: (i) WA neither represents nor holds any interest adverse to the Debtor or its estate with respect to the matters upon which it is to be engaged, as set forth in the Snyder Declarations; (ii) WA is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code; and (iii) the employment of WA is necessary and would be in the best interests of the estate; it is now, hereby:

**ORDERED**, that the Application is granted and the Debtor is authorized to employ WA as counsel in accordance with § 327(a) of the Bankruptcy Code, Rule 2014 of the Bankruptcy Rules, and Rule 2014-1 of the Local Rules on the terms and conditions set forth in Application and the Snyder Declaration, *nunc pro tunc* to the Petition Date; and it is further

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 4865.

**ORDERED**, that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order; and it is further

**ORDERED**, that WA is authorized to ~~employ~~ **provide** the following services **[DSJ 5/8/2024]**

    a.    to give the Debtor legal advice with respect to the powers and duties of debtors in possession; to prepare applications, answers, orders, reports and other legal documents on behalf of the Debtor in connection with the chapter 11 proceeding;

    b.    to attend meetings and negotiate with representatives of creditors and other parties in interest, attend court hearings, and advise the Debtor on the conduct of its chapter 11 case;

    c.    to perform all other legal services for the Debtor which may be necessary in these chapter 11 cases; and

    d.    to advise and assist the Debtor regarding aspects of the plan confirmation process and securing confirmation of the plan;

and it is further

**ORDERED**, that WA shall be compensated in accordance with and will file interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated November 25, 2009 and the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated June 17, 2013; and it is further

**ORDERED**, that prior to any increases in WA rates for any individual retained by WA and providing services in these cases, WA shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor and the United States Trustee. The supplemental

affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether WA's client has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code.

Dated: New York, New York
      May 8, 2024

                             *s/ David S. Jones*
                          HONORABLE DAVID S. JONES
                          UNITED STATES BANKRUPTCY JUDGE

EXHIBIT C

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Released)
**Fee Status:** (Selected)

**Listing Order:** Client-Matter Code, Transaction Date
**Client:** Treasures & Gems, Ltd.
**Matter:** All
**Date:** 12/30/1899 **through** 12/30/1899

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| | | | | **Client: 003430 - Treasures & Gems, Ltd.** | | |
| | | | | **Matter: 000000 - General** | | |
| 445225 | 4/2/2024 | SSH | S | s/w ES re: bankruptcy filing | 0.10 | $35.00 |
| 446470 | 4/2/2024 | ES | S | Finalize schedule and 1007 Dec. | 3.50 | $3,150.00 |
| 445233 | 4/3/2024 | SSH | S | E-file Bankruptcy petition | 1.20 | $420.00 |
| 446471 | 4/3/2024 | ES | S | Call with client, re: next steps. | 1.00 | $900.00 |
| 446473 | 4/5/2024 | ES | S | Visit Property. | 0.00 | $0.00 |
| 446479 | 4/9/2024 | ES | S | Prepare retention app. | 2.00 | $1,800.00 |
| 449193 | 4/11/2024 | ES | S | Research automatic stay to escrow; prepare email for D, Repetto, re: same. | 1.00 | $900.00 |
| 449206 | 4/18/2024 | ES | S | Prepare Statement of Financial Affairs | 2.00 | $1,800.00 |
| 449209 | 4/19/2024 | ES | S | Research why Automatic stay does not apply to Debtors | 1.00 | $900.00 |
| 461188 | 7/25/2024 | ES | S | Prepare Kenden CC Stip. | 5.00 | $4,500.00 |
| 461204 | 7/26/2024 | ES | S | Prepare Kenden Stip. | 2.00 | $1,800.00 |
| 461193 | 8/1/2024 | ES | S | Conv with L. Brenner (DHCR), re: status of building (1.0). | 1.00 | $900.00 |
| 461555 | 8/5/2024 | SMR | S | Conf ES re evid & ethics issues | 0.20 | $173.00 |
| 483950 | 8/8/2024 | ES | S | Conv. with Client, re: Newman Ferrara $30k escrow issue (.5) | 0.50 | $450.00 |
| 483849 | 8/13/2024 | ES | S | Emails with D. Pick, re: Newman Ferrara Escrow issue (.5) | 0.50 | $450.00 |
| 483951 | 8/14/2024 | ES | S | Prepare APP, Notice and Proposed Order, re: Bar Date (2.0) | 2.00 | $1,800.00 |
| 483952 | 8/15/2024 | ES | S | Review service list for Bar Date (.5) | 0.50 | $450.00 |
| 464166 | 8/20/2024 | ES | S | review Newman Draft of Settlement and conv. with Dave and Stuart re: same. | 1.00 | $900.00 |
| 464168 | 8/21/2024 | ES | S | Review Dexter Settlement | 0.50 | $450.00 |
| 464169 | 8/22/2024 | ES | S | Conv with L. Rosenblum (Kenden), re: Cash Coll. Stip. | 1.00 | $900.00 |
| 464170 | 8/23/2024 | ES | S | Revise Dexter Settlement | 1.00 | $900.00 |
| 464173 | 8/27/2024 | ES | S | Attend Status | 1.00 | $900.00 |
| 464175 | 8/28/2024 | ES | S | Revise Kenden Stip. (.8), conv. with L, Rosenblum, re: same (.3); conv. with G. Corbin (Northridge), re: retention and discussions with lender. | 0.80 | $720.00 |
| 464177 | 8/30/2024 | ES | S | Finalize Kenden Stip (.8) | 0.80 | $720.00 |
| 483850 | 9/4/2024 | ES | S | revise Kenden Stip (1.9) | 1.90 | $1,710.00 |
| 467637 | 9/20/2024 | ES | S | Prepare obj to MTD (1.2) prepare notice of Adj. for Bar DJ (.8) | 2.00 | $1,800.00 |
| 467638 | 9/23/2024 | ES | S | Prepare opp to MTD | 6.00 | $5,400.00 |
| 467639 | 9/24/2024 | ES | S | Revise opp to MTD | 5.00 | $4,500.00 |
| 467640 | 9/25/2024 | ES | S | Review and revise opp to Motion to Dismiss | 2.00 | $1,800.00 |
| 467646 | 9/30/2024 | ES | S | Prepare for MTD hearing | 2.00 | $1,800.00 |
| 483851 | 10/1/2024 | ES | S | emails to former bankruptcy counsel, re: return of 2021 bankruptcy retainer (.5) | 0.50 | $450.00 |
| 471799 | 10/9/2024 | ES | S | Numerous emails with counsel for HPD, re: putting off hearing. | 0.80 | $720.00 |
| 471812 | 10/22/2024 | ES | S | Assist Shareholders with building registration. | 0.50 | $450.00 |
| 478375 | 12/9/2024 | ES | S | Numerous emails, re: status Haziza Unit and registering with DHCR (.6) | 0.60 | $540.00 |
| 478378 | 12/10/2024 | ES | S | Review MOR's | 0.80 | $720.00 |
| 478382 | 12/12/2024 | ES | S | Prepare claims objection | 3.00 | $2,700.00 |
| 478383 | 12/13/2024 | ES | S | Prepare claims obj. (3.0) | 3.00 | $2,700.00 |
| 478391 | 12/18/2024 | ES | S | Finalize claims objection | 4.00 | $3,600.00 |
| | | | | **Matter Total** | 61.70 | $54,808.00 |

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Released)
**Fee Status:** (Selected)

**Listing Order:** Client-Matter Code, Transaction Date
**Client:** Treasures & Gems, Ltd.
**Matter:** All
**Date:** 12/30/1899 through 12/30/1899

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| | | | | **Client: 003430 - Treasures & Gems, Ltd.**      **Matter: 000002 - Litigation** | | |
| 449212 | 4/24/2024 | ES | S | Revise Complaint | 6.10 | $5,490.00 |
| 449213 | 4/25/2024 | ES | S | Revise Complaint | 4.70 | $4,230.00 |
| 449215 | 4/26/2024 | ES | S | Revise Complaint | 2.20 | $1,980.00 |
| 449217 | 4/29/2024 | ES | S | Revise Complaint | 2.80 | $2,520.00 |
| 449218 | 4/30/2024 | ES | S | Finalize Complaint | 5.00 | $4,500.00 |
| 451514 | 5/1/2024 | ES | S | Conversation with Ct., re: summons. | 0.30 | $270.00 |
| 451519 | 5/2/2024 | ES | S | Research, re: TRO. | 2.50 | $2,250.00 |
| 451520 | 5/3/2024 | ES | S | Prepare TRO. | 4.80 | $4,320.00 |
| 451521 | 5/6/2024 | ES | S | Prepare TRO. | 5.10 | $4,590.00 |
| 449379 | 5/7/2024 | AHW | S | Research re: preliminary relief and credit clause; Correspondence with ES re: same; | 1.40 | $805.00 |
| 451522 | 5/7/2024 | ES | S | Prepare TRO. | 3.00 | $2,700.00 |
| 451523 | 5/8/2024 | ES | S | Prepare TRO. | 3.00 | $2,700.00 |
| 451524 | 5/8/2024 | ES | S | Attend 341 meeting. | 1.00 | $900.00 |
| 451526 | 5/9/2024 | ES | S | Prepare fore TRO. | 3.90 | $3,510.00 |
| 451527 | 5/10/2024 | ES | S | Prepare fore TRO. | 5.00 | $4,500.00 |
| 451528 | 5/13/2024 | ES | S | Prepare fore TRO. | 3.90 | $3,510.00 |
| 451530 | 5/14/2024 | ES | S | Prepare Snyder and Lee Declarations, Finalize TRO. | 6.90 | $6,210.00 |
| 451172 | 5/15/2024 | SSH | S | Proofread TRO motion for ES | 1.00 | $350.00 |
| 451176 | 5/15/2024 | SSH | S | E-file and organize documents for bankruptcy filing | 0.70 | $245.00 |
| 451531 | 5/15/2024 | ES | S | Finalize TRO. | 7.30 | $6,570.00 |
| 453344 | 5/16/2024 | ES | S | Prepare amended complaint (2.0), review transcript of Nazmiyal depo. (1.0). | 3.00 | $2,700.00 |
| 453347 | 5/20/2024 | ES | S | Prepare amended complaint. | 3.20 | $2,880.00 |
| 453349 | 5/21/2024 | ES | S | Finalize Amended Complaint. | 3.00 | $2,700.00 |
| 453350 | 5/22/2024 | ES | S | Conference, re: TRO; numerous emails, re; information requested prior to 5/23 hearing; prepare notice of hearing; Prepare Order. | 5.20 | $4,680.00 |
| 453351 | 5/23/2024 | ES | S | Hearing on TRO (1.5), prepare order (1.0). | 2.50 | $2,250.00 |
| 453355 | 5/29/2024 | ES | S | Emails, re obtaining Amended summons for Zamiyal claim. | 0.50 | $450.00 |
| 453357 | 5/31/2024 | ES | S | Review lease. | 0.10 | $90.00 |
| 457214 | 6/3/2024 | ES | S | Review lease and research notary (.5) conv. with J. Merola, former partner to H. Greenberg (3x), re: signature on lease (1.0). | 1.50 | $1,350.00 |
| 457218 | 6/7/2024 | ES | S | Conv. with J. Giampolo re: Status. | 0.50 | $450.00 |
| 457219 | 6/10/2024 | ES | S | Email to Court , re: status. | 0.40 | $360.00 |
| 457220 | 6/11/2024 | ES | S | Hearing on Crane Motion (2.0), prepare order (1.0). | 1.20 | $1,080.00 |
| 454237 | 6/12/2024 | JRA | S | Call with ES to discuss research on rent stabilization law; research and draft summary of findings. | 2.30 | $1,288.00 |
| 457221 | 6/12/2024 | ES | S | Emails, re: order. | 0.50 | $450.00 |
| 454428 | 6/13/2024 | JRA | S | Correspondence with ES regarding rent stabilization research; attend call with ES related to same. | 0.80 | $448.00 |
| 457222 | 6/13/2024 | ES | S | Numerous emails and calls with creditors, re: ballots, voting. | 1.00 | $900.00 |
| 454418 | 6/14/2024 | JRA | S | Research and draft analysis of rent stabilization law and applicable case law for ES; correspondence with ES related to same. | 5.80 | $3,248.00 |
| 457224 | 6/14/2024 | ES | S | Prepare default judgment motion. | 2.50 | $2,250.00 |
| 457226 | 6/15/2024 | ES | S | Review research re: turnover. | 1.00 | $900.00 |
| 457227 | 6/16/2024 | ES | S | Revise DJ Motion. | 2.90 | $2,610.00 |
| 455092 | 6/17/2024 | JRA | S | Research and draft analysis of rent stabilization law and applicable | 3.30 | $1,848.00 |

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Released)
**Fee Status:** (Selected)

**Listing Order:** Client-Matter Code, Transaction Date
**Client:** Treasures & Gems, Ltd.
**Matter:** All
**Date:** 12/30/1899 **through** 12/30/1899

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | **Client: 003430 - Treasures & Gems, Ltd.** | **Matter: 000002 - Litigation** | |
| | | | | case law for ES; correspondence with ES related to same; draft brief section related to same. | | |
| 457230 | 6/17/2024 | ES | S | Revise Default Judgment motion. | 4.00 | $3,600.00 |
| 455090 | 6/18/2024 | JRA | S | Correspondence with ES regarding rent stabilization research. | 0.40 | $224.00 |
| 457235 | 6/24/2024 | ES | S | Prepare for Depo. | 2.00 | $1,800.00 |
| 457236 | 6/25/2024 | ES | S | Prepare for Crane Depo. | 6.50 | $5,850.00 |
| 457238 | 6/26/2024 | ES | S | Prepare for Crane Depo. | 5.00 | $4,500.00 |
| 457239 | 6/27/2024 | ES | S | Attend Crane Deposition. | 3.00 | $2,700.00 |
| 461157 | 7/1/2024 | ES | S | Prepare for Hearing On DJ Motion, (Fabio's and Haziza). | 0.50 | $450.00 |
| 461158 | 7/2/2024 | ES | S | Hearing on DJ Motion (2N,2S, 3N and Fabio's). | 1.00 | $900.00 |
| 461161 | 7/2/2024 | ES | S | Conversation with Eyal Haziza, re: Lease (5) conversation with A. Bar (.3). | 5.30 | $4,770.00 |
| 461162 | 7/3/2024 | ES | S | Prepare order, re: Apt. # 2N & 2S (1.5), conv. with counsel for Fabio's and Haziza (1.0), prepare settlement offer, Crane (1.0) numerous emails, re: same (.5). | 4.00 | $3,600.00 |
| 461163 | 7/8/2024 | ES | S | Numerous emails, re: settlement with Crane. | 1.00 | $900.00 |
| 457771 | 7/9/2024 | JRA | S | Correspondence with ES regarding rent stabilization law; research relevant Senate bill; summarize for ES. | 0.50 | $280.00 |
| 461200 | 7/9/2024 | ES | S | Review check's from haziza's atty (.3); emails with client, re: settlement status (.3), review emails from San Matteo's (.5) meeting with G. Corbin (northridge) and client, re: selling building (1.0), review Crane's Driver's license and conv. with client re same (.3). | 2.40 | $2,160.00 |
| 461164 | 7/11/2024 | ES | S | Hearing On Amended Compliant. | 1.00 | $900.00 |
| 461165 | 7/12/2024 | ES | S | Numerous emails and calls with counsel for Haziza and Fabio's, re: settlement. | 1.00 | $900.00 |
| 461166 | 7/15/2024 | ES | S | Conv, with Counsel for Kenden, re: status of litigation. (.6) emails with client, re: same(.4);Call with client re: requirements for Motion Supp. (.7). | 1.70 | $1,530.00 |
| 461167 | 7/16/2024 | ES | S | Prepare Motion Supp. | 3.90 | $3,510.00 |
| 458851 | 7/17/2024 | JRA | S | Research for ES regarding rent stabilization law; correspondence with ES related to same. | 0.50 | $280.00 |
| 461177 | 7/18/2024 | ES | S | Prepare supp (5.2), revise numerous orders, re: amended Complaint (1.0). | 6.20 | $5,580.00 |
| 461180 | 7/19/2024 | ES | S | Revise supp. | 6.10 | $5,490.00 |
| 461181 | 7/20/2024 | ES | S | Revise supp. | 3.90 | $3,510.00 |
| 461182 | 7/21/2024 | ES | S | Revise supp. | 4.10 | $3,690.00 |
| 460307 | 7/22/2024 | SSH | S | E-file supplemental TRO Motion in both the bankruptcy and adversary proceeding. | 1.00 | $350.00 |
| 461184 | 7/22/2024 | ES | S | Revise supp and file. | 5.30 | $4,770.00 |
| 461189 | 7/29/2024 | ES | S | Prepare response to Haziza Harassment Complaint. | 2.00 | $1,800.00 |
| 461192 | 7/31/2024 | ES | S | Review reply, conv. with Client, re: same | 2.50 | $2,250.00 |
| 460771 | 8/1/2024 | JRA | S | Correspondence with ES regarding document subpoena. | 0.20 | $112.00 |
| 483848 | 8/1/2024 | ES | S | Prepare Reply (6.0) | 6.00 | $5,400.00 |
| 461194 | 8/2/2024 | ES | S | Prepare reply. | 4.00 | $3,600.00 |
| 461195 | 8/3/2024 | ES | S | Prepare reply. | 3.50 | $3,150.00 |
| 461196 | 8/4/2024 | ES | S | Prepare reply. | 2.00 | $1,800.00 |
| 461197 | 8/5/2024 | ES | S | Prepare reply. | 2.00 | $1,800.00 |
| 463929 | 8/5/2024 | SSH | S | Proofread reply to opp and in further support of motion for injunctive | 0.50 | $175.00 |

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Released)
**Fee Status:** (Selected)

**Listing Order:** Client-Matter Code, Transaction Date
**Client:** Treasures & Gems, Ltd.
**Matter:** All
**Date:** 12/30/1899 **through** 12/30/1899

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|

**Client: 003430 - Treasures & Gems, Ltd.**    **Matter: 000002 - Litigation**

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| | | | | relief. | | |
| 463944 | 8/6/2024 | SSH | S | E-filed Reply to Opposition and in Further Support of Motion for TRO | 0.50 | $175.00 |
| 464152 | 8/6/2024 | ES | S | Finalize Reply; emails, re: retain L&T counsel. | 3.90 | $3,510.00 |
| 463950 | 8/7/2024 | SSH | S | Refile reply and exhibit E for Reply to Opposition and in Further Support of Motion for TRO | 0.30 | $105.00 |
| 464154 | 8/7/2024 | ES | S | Revise Kenden Stip | 1.00 | $900.00 |
| 464155 | 8/8/2024 | ES | S | Prepare Fabio's Stip. (1.5) | 1.50 | $1,350.00 |
| 464156 | 8/9/2024 | ES | S | Finalize Fabio Stip (.9); Revise Kenden Stip (1.0) | 1.90 | $1,710.00 |
| 464158 | 8/12/2024 | ES | S | Prepare for Crane Hearing on Motion to Dismiss(1.0); Conv. with Chase, re: status of Subpoenas (.7) | 1.70 | $1,530.00 |
| 464159 | 8/13/2024 | ES | S | Hearing on Crane (1.5); Revise Crane Order (2.0) | 3.50 | $3,150.00 |
| 464160 | 8/14/2024 | ES | S | Numerous emails with Crane's lawyer re: form of Order (1.0) | 1.00 | $900.00 |
| 464161 | 8/15/2024 | ES | S | Prepare Notice of Adj. for DJ as to Haziza and Fabio's  (.5) | 0.50 | $450.00 |
| 464164 | 8/19/2024 | ES | S | emails, re: hiring L&T counsel | 0.50 | $450.00 |
| 464176 | 8/29/2024 | ES | S | Conv. with F. Seaman, re: status of Haziza Apt (.3) prepare Haziza Stip | 2.80 | $2,520.00 |
| 483949 | 8/30/2024 | ES | S | Review Chase Production (2.0) | 2.00 | $1,800.00 |
| 467621 | 9/3/2024 | ES | S | Prepare DJ Motion-Bar and 4N. | 3.90 | $3,510.00 |
| 467622 | 9/4/2024 | ES | S | Revise DJ Motion (1.0); Revise Motion to approve Haziza/NF and Fabio's Stip. (4.5) | 5.50 | $4,950.00 |
| 467623 | 9/5/2024 | ES | S | Finalize Settlement Motion (Haziza, Fabio's NF) | 4.50 | $4,050.00 |
| 467624 | 9/6/2024 | ES | S | Numerous emails, re: locking units | 1.00 | $900.00 |
| 467625 | 9/9/2024 | ES | S | Numerous emails with counsel for Haziza, re: changes to Stip. | 1.00 | $900.00 |
| 467642 | 9/26/2024 | ES | S | Numerous emails and call with counsel for Bar, re: settlement (1.0); Hearing on DJ for Apt. #4N (.8) | 1.80 | $1,620.00 |
| 471792 | 10/1/2024 | ES | S | Hearing to approve Haziza/NF/Fabio's Settlement (1.0) revise order (.8) review Kosher Food Connection and Wristwatch Café leases (1.0) | 2.80 | $2,520.00 |
| 470471 | 10/16/2024 | ADZ | S | Review lease and discuss w/ E.S. | 0.50 | $420.00 |
| 471821 | 10/16/2024 | ES | S | Prepare Bar settlement. | 2.50 | $2,250.00 |
| 483852 | 11/1/2024 | ES | S | Finalize Bar Settlement Motion (1.0); | 1.00 | $900.00 |
| 483854 | 11/15/2024 | ES | S | Conversation with A .Gottesman, re: outstanding issues | 0.50 | $450.00 |
| 474322 | 11/18/2024 | SMR | S | Conf ES re fwdg docs to counsel | 0.20 | $173.00 |
| 475373 | 11/18/2024 | ES | S | Emails, re: discovery disputes and status of lock-outs | 1.00 | $900.00 |
| 475375 | 11/19/2024 | ES | S | Letter to Court, re: changing the locks (2.5); Prepare supp- to letter changing the locks (4.0) | 6.50 | $5,850.00 |
| 475402 | 11/20/2024 | ES | S | Prepare lock supplement, including proposed order | 4.00 | $3,600.00 |
| 483855 | 11/22/2024 | ES | S | Review landlord submission, re: changing locks (1.0) | 1.00 | $900.00 |
| 475407 | 11/25/2024 | ES | S | Prepare for hearing, re: changing locks | 2.50 | $2,250.00 |
| 483856 | 11/26/2024 | ES | S | Hearing on Bar Settlement (.5); Changing locks (1.0); and discovery (.5) | 2.00 | $1,800.00 |
| 475411 | 11/27/2024 | ES | S | Prepare revised Order, re: locks | 2.00 | $1,800.00 |
| 483857 | 12/3/2024 | ES | S | Emails, re: status of turnover of keys (.4), prepare response as to why Repetto and Marino should not be deposed (3.0) | 3.40 | $3,060.00 |
| 478367 | 12/4/2024 | ES | S | Finalize response as to why as to why Repetto and Marino should not be deposed (3.5) | 3.50 | $3,150.00 |
| 483860 | 12/13/2024 | ES | S | letter to court, compelling response to discovery (2.0) | 2.00 | $1,800.00 |
| 483861 | 12/17/2024 | ES | S | Hearing on Discovery Dispute (1.0); prepare order, re: discovery | 2.00 | $1,800.00 |

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Released)
**Fee Status:** (Selected)

**Listing Order:** Client-Matter Code, Transaction Date
**Client:** Treasures & Gems, Ltd.
**Matter:** All
**Date:** 12/30/1899 **through** 12/30/1899

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|

**Client: 003430 - Treasures & Gems, Ltd.**          **Matter: 000002 - Litigation**

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| | | | | dispute (1.0) | | |
| 481810 | 1/3/2025 | ES | S | Emails with Counsel for Crane and Nazmiyal, re: depositions. | 1.00 | $945.00 |
| 478832 | 1/4/2025 | TJB | S | Researching caselaw on lease validity | 0.70 | $315.00 |
| 481813 | 1/6/2025 | ES | S | Prepare for depositions. (2.5)<br>Prepare reply. (2.5) | 5.00 | $4,725.00 |
| 481816 | 1/8/2025 | ES | S | Attend Hearing on sanctions. | 0.80 | $756.00 |
| 481823 | 1/10/2025 | ES | S | Numerous emails, re: depositions of Crane and Nazmiyal. (1.0)<br>Call with court, re: same. (.5) | 1.50 | $1,417.50 |
| 481824 | 1/13/2025 | ES | S | Prepare for depos. | 3.80 | $3,591.00 |
| 481827 | 1/14/2025 | ES | S | Attend deposition of Crane, Nazmiyal, Greenberg. (4.0)<br>Review Objection. (1.5)<br>Conv. with client, re: same. (.5) | 6.00 | $5,670.00 |
| 481418 | 1/23/2025 | SMR | S | Conf ES re strategy | 0.50 | $450.00 |
| 481841 | 1/24/2025 | ES | S | Hearing on OSC to quash subpoena. | 1.00 | $945.00 |
| | | | | **Matter Total** | **301.30** | **$264,330.50** |

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Released)
**Fee Status:** (Selected)

**Listing Order:** Client-Matter Code, Transaction Date
**Client:** Treasures & Gems, Ltd.
**Matter:** All
**Date:** 12/30/1899 **through** 12/30/1899

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|

**Client: 003430 - Treasures & Gems, Ltd.**   **Matter: 000003 - Auction and Sale**

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| 467626 | 9/10/2024 | ES | S | Prepare bid procedures Motion | 3.10 | $2,790.00 |
| 467627 | 9/11/2024 | ES | S | Revise bid proc. Motion | 1.90 | $1,710.00 |
| 467629 | 9/12/2024 | ES | S | Prepare bid proc. Motion | 2.30 | $2,070.00 |
| 467630 | 9/13/2024 | ES | S | Prepare bid proc. Motion (2.0) review mtd/trustee (1.0) | 3.00 | $2,700.00 |
| 467631 | 9/16/2024 | ES | S | Revise bid proc. Motion | 1.50 | $1,350.00 |
| 467632 | 9/17/2024 | ES | S | Finalize bid proc. Kenden motion(3.0) - numerous emails with counsel for Kenden, re: same (1.0) | 4.00 | $3,600.00 |
| 467633 | 9/18/2024 | ES | S | Numerous emails with Adms., re: changing locks at location (1.2) revise bid proc. Motion (1.6) | 2.80 | $2,520.00 |
| 467635 | 9/19/2024 | ES | S | Revise bid proc. Motion, file | 2.00 | $1,800.00 |
| 471794 | 10/2/2024 | ES | S | Research selling free and clear under 363(f) in the Second Circuit. | 1.00 | $900.00 |
| 471795 | 10/7/2024 | ES | S | Review Scheduling Order. | 0.50 | $450.00 |
| 471803 | 10/11/2024 | ES | S | Prepare application to retain Northgate. | 0.80 | $720.00 |
| 471804 | 10/15/2024 | ES | S | Conv. with counsel for Lender, re: changes to Bidding Procedures (1.0) review motion for injunction (1.0). | 2.00 | $1,800.00 |
| 471806 | 10/16/2024 | ES | S | Revise order, re: Bidding procedures (1.0) prepare objection to expedited hearing by Crane for injunction (4.0). | 5.00 | $4,500.00 |
| 471807 | 10/17/2024 | ES | S | Hearing on Bid Procedures (1.0) revise Bidding Procedures (1.0) revise order (.5). | 2.50 | $2,250.00 |
| 471808 | 10/18/2024 | ES | S | incorporate comments by secured creditor for Order and Bidding Procedures. | 1.00 | $900.00 |
| 483853 | 11/1/2024 | ES | S | review comments to Northgate retention, conv with P. Rubin, re: same (1.0) | 1.00 | $900.00 |
| 475366 | 11/14/2024 | ES | S | Numerous calls and emails with broker, re: bid | 1.00 | $900.00 |
| 475367 | 11/15/2024 | ES | S | numerous emails and calls with Brokers, re: bid (.5) | 0.50 | $450.00 |
| 475403 | 11/21/2024 | ES | S | numerous emails and calls, re: Bids (1.0); prepare reply to objection to DS (1.9) | 2.90 | $2,610.00 |
| 478364 | 12/3/2024 | ES | S | Emails, re: status of turnover of keys (.4), calls with bidders, re: Tuesday auction (.5) | 0.50 | $450.00 |
| 478387 | 12/16/2024 | ES | S | Numerous emails and calls, re: bidders (1.8); call with auctioneer, re: auction on Tuesday (.7); prepare Notice of Auction (.5) | 3.00 | $2,700.00 |
| 478388 | 12/17/2024 | ES | S | Attend auction (2.5) | 2.50 | $2,250.00 |
| 478095 | 12/18/2024 | JCK | S | With Eric regarding status, reach out to Cohen, emails. | 0.30 | $252.00 |
| 480577 | 1/6/2025 | JCK | S | Review title report, searches. Conference with Eric. Call with D. Cohen. | 1.00 | $875.00 |
| 481728 | 1/6/2025 | ADS | S | Review Title Report; Draft Closing Documents; Conversation with JK | 3.00 | $1,500.00 |
| 480585 | 1/7/2025 | JCK | S | Conference with Eric; emails re sale. | 0.30 | $262.50 |
| 480885 | 1/10/2025 | JCK | S | Emails; conference with Eric. | 0.70 | $612.50 |
| 482104 | 1/13/2025 | JCK | S | Calls; emails; title review; open items. | 1.00 | $875.00 |
| 482110 | 1/14/2025 | JCK | S | Calls, emails regarding status, open items, how to proceed. | 0.50 | $437.50 |
| 479159 | 1/15/2025 | ADS | S | Review title report; Closing Prep | 2.10 | $1,050.00 |
| 482278 | 1/15/2025 | JCK | S | Calls, emails, work on documents; title review; conference with Eric. | 1.30 | $1,137.50 |
| 479445 | 1/16/2025 | JKB | S | Mult mtg w/J. Kennedy and E. Snyder re: approval of sale of real property. Drafted and revised Consent of Shareholders and Consent of Board of Directors. Emailed to JCK and ES. | 2.00 | $1,700.00 |
| 479528 | 1/16/2025 | ADS | S | Attn to emails and correspondence with title | 0.20 | $100.00 |
| 480098 | 1/16/2025 | TJB | S | Researching Statute of Frauds and lease voidability; emailing partner | 0.60 | $270.00 |
| 481830 | 1/16/2025 | ES | S | Prepare reply. | 12.00 | $11,340.00 |

# Fee Transaction Listing

**Entry by:** All
**Person:** All
**Service:** All
**Fee State:** (Released)
**Fee Status:** (Selected)

**Listing Order:** Client-Matter Code, Transaction Date
**Client:** Treasures & Gems, Ltd.
**Matter:** All
**Date:** 12/30/1899 **through** 12/30/1899

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|

**Client: 003430 - Treasures & Gems, Ltd.**          **Matter: 000003 - Auction and Sale**

| Record | Date | Prsn | Stat | Description | Time | Amount |
|--------|------|------|------|-------------|------|--------|
| 482302 | 1/16/2025 | JCK | S | Emails; conference with Eric; work on documents; title clearance. | 1.00 | $875.00 |
| 482002 | 1/17/2025 | ADS | S | Follow up items; Attn to emails re closing | 0.20 | $100.00 |
| 482328 | 1/17/2025 | JCK | S | Title clearance, issues; emails; conference with Eric; work on documents. | 1.00 | $875.00 |
| 481838 | 1/21/2025 | ES | S | Numerous emails and calls, preparing for closing. | 2.00 | $1,890.00 |
| 482120 | 1/21/2025 | JCK | S | Work on draft closing documents; emails; conference with Eric. | 1.50 | $1,312.50 |
| 481651 | 1/22/2025 | JCK | S | Emails; entity items for estates. | 0.20 | $175.00 |
| 481839 | 1/22/2025 | ES | S | Numerous emails and calls, preparing for closing. | 0.00 | $0.00 |
| 481659 | 1/23/2025 | JCK | S | Emails regarding status, review ACRIS, closing document, how to proceed. Conference with Eric; closing packet for signature. | 1.00 | $875.00 |
| 481840 | 1/23/2025 | ES | S | Prepare corbin declaration in support of sale. | 1.00 | $945.00 |
| 481779 | 1/24/2025 | JCK | S | Emails regarding status; follow-up regarding open items. | 0.30 | $262.50 |
| 482036 | 1/27/2025 | JCK | S | Emails; draft lease assignment; conference with Eric. | 0.70 | $612.50 |
| 482060 | 1/30/2025 | JCK | S | Conference with Eric; review emails re closing. | 0.30 | $262.50 |
| 482069 | 1/31/2025 | JCK | S | Emails; letter to title company; documents in escrow. Review orders. | 0.50 | $437.50 |
| 483939 | 2/3/2025 | JCK | S | Calls, emails, closing preparations. | 0.50 | $437.50 |
| 483650 | 2/4/2025 | ES | S | Numerous emails and calls, re: preparing for closing. | 1.00 | $945.00 |
| 483940 | 2/4/2025 | JCK | S | Calls, emails, closing preparations; conference with Eric. | 1.00 | $875.00 |
| 483649 | 2/5/2025 | ES | S | Numerous emails and calls, re: preparing for closing. | 1.00 | $945.00 |
| 483941 | 2/5/2025 | JCK | S | Calls, emails, closing preparations; conference with Eric. | 1.50 | $1,312.50 |
| 483187 | 2/6/2025 | TJB | S | Prepare opposition to motion to stay; Meetings with Snyder | 4.50 | $2,025.00 |
| 483648 | 2/6/2025 | ES | S | Prepare Obj to Stay Motion. | 8.00 | $7,560.00 |
| 483942 | 2/6/2025 | JCK | S | Calls, emails, closing preparations, settlement statement. Notice of appeal filed; stay. Title issues, exceptions. Conference with Eric. | 1.50 | $1,312.50 |
| 483192 | 2/7/2025 | TJB | S | Prepare opposition to motion to stay; meetings with Snyder | 2.80 | $1,260.00 |
| 483647 | 2/7/2025 | ES | S | Prepare obj. to Stay. (6.5) Call with title company. (.5) | 7.00 | $6,615.00 |
| 483944 | 2/7/2025 | JCK | S | Conference with Eric regarding opposition papers, statue, how to proceed; emails. | 0.70 | $612.50 |
| 483945 | 2/8/2025 | JCK | S | Review indemnity and call to discuss with Eric. | 0.70 | $612.50 |
| 483646 | 2/10/2025 | ES | S | Numerous emails and calls, re: title issues and closing (prepare Effective Date notice. | 1.00 | $945.00 |
| 483946 | 2/10/2025 | JCK | S | Title issues, calls, emails; discuss with Eric; review updated settlement statement; monitor wires; emails. Closing on 2/11/2025. | 1.50 | $1,312.50 |
| 483643 | 2/11/2025 | ES | S | Emails with counsel for buyer, re: WW Café and KFC's failure to vacate. | 0.40 | $378.00 |
| 483948 | 2/11/2025 | JCK | S | Closing; emails. | 0.30 | $262.50 |
| | | | | **Matter Total** | **112.90** | **$96,765.00** |

# Fee Transaction Listing

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | **Client: 003430 - Treasures & Gems, Ltd.** | **Matter: 000004 - Plan and Disclosure Statement** | |
| 467645 | 9/27/2024 | ES | S | Prepare letter seeking combined hearing-105(d) | 2.00 | $1,800.00 |
| 471815 | 10/25/2024 | ES | S | Revise plan and DS. | 5.10 | $4,590.00 |
| 471816 | 10/28/2024 | ES | S | Revise plan and disclosure. | 3.50 | $3,150.00 |
| 471817 | 10/29/2024 | ES | S | Revise plan and DS and liquidation analysis. | 4.00 | $3,600.00 |
| 475201 | 11/1/2024 | ES | S | Revise Plan and DS (3.0). | 3.00 | $2,700.00 |
| 475204 | 11/4/2024 | ES | S | Revise Plan and DS | 1.80 | $1,620.00 |
| 475207 | 11/6/2024 | ES | S | Revise Plan and DS (2.0); prepare motion for approval (2.0) | 4.00 | $3,600.00 |
| 475208 | 11/7/2024 | ES | S | Finalize Plan/DS/105(d) Motion and Order (4.0) | 4.00 | $3,600.00 |
| 475406 | 11/22/2024 | ES | S | prepare reply to objection to DS (4.0); prepare Seeman retention papers (1.0) | 5.00 | $4,500.00 |
| 475409 | 11/26/2024 | ES | S | Plan and Disclosure Statement (1.0) | 1.00 | $900.00 |
| 478359 | 12/2/2024 | ES | S | Revise Disc. Statement and Plan, re: Court's comments | 5.00 | $4,500.00 |
| 483858 | 12/4/2024 | ES | S | revise plan and DS, scheduling Order and Notice (2.0) | 2.00 | $1,800.00 |
| 478373 | 12/6/2024 | ES | S | Revise Amended DS , Plan Order, and Ballot and Notice | 3.90 | $3,510.00 |
| 483859 | 12/9/2024 | ES | S | email to Chambers, re: DS Order (.4) | 0.40 | $360.00 |
| 481815 | 1/7/2025 | ES | S | Prepare reply. | 3.50 | $3,307.50 |
| 481817 | 1/8/2025 | ES | S | Prepare Reply. | 2.20 | $2,079.00 |
| 481828 | 1/15/2025 | ES | S | Prepare reply. | 9.00 | $8,505.00 |
| 481831 | 1/17/2025 | ES | S | Prepare reply. | 7.50 | $7,087.50 |
| 481832 | 1/17/2025 | ES | S | Prepare conf. Order. | 3.00 | $2,835.00 |
| 481833 | 1/17/2025 | ES | S | Prepare ballot summary. | 1.00 | $945.00 |
| 481835 | 1/19/2025 | ES | S | Prepare memo of law re plan | 4.00 | $3,780.00 |
| 481837 | 1/20/2025 | ES | S | Prepare reiser declaration in support of plan. | 2.00 | $1,890.00 |
| 481842 | 1/27/2025 | ES | S | Confirmation hearing. | 4.50 | $4,252.50 |
| 481843 | 1/28/2025 | ES | S | Continued conf. hearing. | 2.00 | $1,890.00 |
| 481844 | 1/29/2025 | ES | S | Prepare confirmation Order. | 6.00 | $5,670.00 |
| 481845 | 1/30/2025 | ES | S | Revise confirmation order. | 6.00 | $5,670.00 |
| | | | | | **Matter Total** 95.40 | $88,141.50 |

**Fee Transaction Listing Total** 571.30 $504,045.00

EXHIBIT D

| Category | Fees | Hours |
|---|---|---|
| General: | $54,808 | 61.7 |
| Litigation: | $264,330 | 301.3 |
| Auction/Sale: | $96,765 | 112.9 |
| Plan: | $8,141.50 | 95.4 |
| **Total:** | **$504,045** | **572.2** |

EXHIBIT E

# WILK AUSLANDER

Wilk Auslander LLP
Worldwide Plaza
825 Eighth Avenue - Suite 2900
New York, NY 10019
FED. ID. #13-3430586

T 212 981 2300
F 212 752 6380
wilkauslander.com

*Draft Copy*

Treasures & Gems, Ltd.
Harwood Lloyd, LLC

**Attention:** c/o David M. Repetto, Esq.

RE: Expenses

| | |
|---|---|
| February 21, 2025 | |
| Client: | 003430 |
| Matter: | 000005 |
| Invoice #: | 0 |
| Resp. Atty: | ES |
| Page: | 1 |

For Professional Services Rendered Through February 21, 2025

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 04/04/2024 | New York Southern Bankruptcy Court E-Filing | $1,738.00 |
| 05/01/2024 | New York Southern Bankruptcy Court E-Filing | $350.00 |
| 05/31/2024 | Westlaw - April | $597.69 |
| 06/13/2024 | eScribers, LLC- - Inv# 971076 | $264.00 |
| 06/13/2024 | eScribers, LLC- - Inv# 971073 | $384.00 |
| 06/30/2024 | May Westlaw | $100.03 |
| 07/02/2024 | Tristar Court Reporting Inc.- - Inv# 32841 | $855.10 |
| 07/31/2024 | June Westlaw | $1,442.00 |
| 07/31/2024 | June Westlaw | $526.17 |
| 08/31/2024 | July Westlaw | $90.28 |
| 08/31/2024 | July Westlaw | $310.33 |
| 08/31/2024 | July Westlaw | $129.76 |
| 09/30/2024 | August Westlaw | $756.34 |
| 10/31/2024 | September Westlaw | $658.11 |
| 11/30/2024 | October Westlaw | $227.26 |
| 12/30/2024 | November Westlaw | $1,129.61 |
| 01/13/2025 | Photocopies | $917.25 |
| 01/22/2025 | eScribers, LLC- - Case # 24-10570 Hearing Date 1/7/25 | $250.00 |
| 01/31/2025 | Dec Westlaw | $917.32 |

# WILK AUSLANDER

*Draft Copy*

February 21, 2025
Client:        003430
Matter:        000005
Invoice #:          0
Resp. Atty:        ES
Page:               2

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 02/07/2025 | Courier | $678.90 |
| 02/18/2025 | Velo Binder | $5.00 |
| | Total Disbursements | $12,327.15 |

| | | |
|---|---|---:|
| Total Disbursements | $12,327.15 | |
| Total Current Charges | | $12,327.15 |
| **PAY THIS AMOUNT** | | **$12,327.15** |



EXHIBIT F

**WILK AUSLANDER LLP**
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone: (212) 981-2300
Eric J. Snyder, Esq.

*pro se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TREASURES AND GEMS, LTD., | No. 24-10570 (DSJ) |
| Debtor. | |

## DECLARATION OF ERIC J. SNYDER, ESQ. IN SUPPORT OF FINAL FEE APPLICATION OF WILK AUSLANDER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED IN THIS CASE

I, ERIC J. SNYDER, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that

the foregoing is true and correct to the best of my knowledge, information, and belief:

1.  I am a partner of the law firm of Wilk Auslander, LLP ("WA"), located at 825

Eighth Avenue, 29th Floor, New York, New York 10019. WA serves as bankruptcy counsel to

the above-captioned debtor (the "Debtor"). I am a member in good standing of the Bar of the

State of New York, and I have been admitted to practice in the United States District Court for

the Southern District of New York. There are no disciplinary proceedings pending against me.

2.  I have read the *Final Fee Application of Wilk Auslander LLP for Allowance of*

*Compensation for Services Rendered and For Reimbursement of Expenses Incurred in This*

*Cases* (the "Application"). To the best of my knowledge, information and belief, the statements

contained in the Application are true and correct. In addition, I believe the Application complies

with Local Bankruptcy Rule 2016-1.

3.    In connection therewith, I hereby certify that:

    a.    to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

    b.    except to the extent disclosed in the Application, the fees and disbursements sought in the Application are billed at rates customarily employed by WA and generally accepted by WA's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtor's case;

    c.    in providing a reimbursable expense, WA does not make a profit on that expense, whether the service is performed by WA in-house or through a third party;

    d.    no agreement or understanding exists between WA and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

    e.    all services for which compensation is sought were professional services on behalf of the Debtor and not on behalf of any other person.

Dated: February 25, 2025

/s/ Eric J. Snyder
ERIC J. SNYDER