**WILK AUSLANDER LLP**
825 Eighth Avenue, 29th Floor
New York, NY 10019
(212) 981-2300
Eric J. Snyder, Esq.

*pro se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TREASURES AND GEMS, LTD.,<br><br>Debtor. | Chapter 11<br><br>No. 24-10570 (DSJ) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE**, that on February 25, 2025, Treasures and Gems, Ltd., the Debtor herein, filed fee applications (the "Fee Applications"), pursuant to sections 330 of title 11, United States Code and rule 2016 of the Federal Rules of Bankruptcy Procedure. In the Fee Applications: a) Wilk Auslander LLP, general bankruptcy counsel for the Debtor, seeks the allowance of $504,045 (the "WA Fee Request"), the payment of $155,806.42 of the WA Fee Request and reimbursement of $12,327.15 in expenses; b) Northgate Real Estate Group, real estate broker to the Debtor, seeks the allowance and payment of $209,000 in fees.

**PLEASE TAKE FURTHER NOTICE**, that a hearing (the "FA Hearing") on the Fee Applications shall take place on **March 26, 2025 at 10:00 A.M.** Any party wishing to appear at the FA Hearing should put their appearance into the Court's eCourt Appearance program (https://www.nysb.uscourts.gov/ecourt-appearances) by no later than 4:00 p.m on March 25,

2025. The Zoom link will be sent by the Court shortly thereafter.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Fee Applications and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefor, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov), with a hard copy delivered directly to chambers and served so as to be actually received no later than **March 19, 2025 at 4:00 p.m. ET** ("Objection Deadline"), upon (i) counsel for the Debtor, Wilk Auslander LLP, 825 Eighth Avenue, Suite 2900, New York, New York 10019 (Attn: Eric J. Snyder, Esq.); and (ii) Office of the United States Trustee for Region 2, United States Custom House, Room 534, One Bowling Green Station, New York, New York 10004 (Attn: Andrea B. Schwartz, Esq.).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the Objection Deadline, an Order granting the Fee Applications, substantially in the form annexed to Fee Applications, may be entered without further notice or a hearing.

Dated: New York, New York
      February 25, 2025

                                      **WILK AUSLANDER LLP**
                                      *pro se*

                                      By: /s/ Eric J. Snyder
                                          Eric J. Snyder, Esq.
                                      825 Eighth Avenue, 29th Floor
                                      New York, NY 10019
                                      (212) 981-2300